EDOK Criminal Complaint (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>CODY RYAN RICHISON,<br><br>    *Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No.   24-MJ-403-GLJ |

I, Blair Newman, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

Between in or about January 2020 and continuing until in or about March 2024, in the Eastern District of Oklahoma, CODY RYAN RICHISON**,** committed the crime of Receipt of Child Pornography, a violation of Title 18, United States Code, Section 2252(a)(2).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

See attached Affidavit which is attached hereto and made a part hereof by reference.

☒  Continued on the attached sheet.

_____
Blair Newman, Special Agent
Federal Bureau of Investigation

Sworn to on this 5th day of December, 2024.

_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer



## AFFIDAVIT

I, Blair Newman, a Special Agent with the Federal Bureau of Investigation, being duly sworn, do depose and state the following:

## AGENT BACKGROUND AND INTRODUCTION

1.  I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been since May 2019. I am an investigative officer, or law enforcement officer, of the United States of America within the meaning of 18 U.S.C. § Section 2510(7), that is an officer of the United States who is empowered by law to conduct investigation of, and make arrests for, offenses enumerated in Title 18. In the course of my duties as a Special Agent, I have investigated criminal violations related to receipt of child pornography in violation of 18 U.S.C. §§ 2252(a)(2). Therefore, I, Blair Newman, the undersigned, state that the following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

2.  The statements contained in this Affidavit are based in part on information provided by other agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a SA with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that CODY RYAN RICHISON committed the below-described offense, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.

2

3. As will be shown below, there is probable cause to believe that CODY RYAN RICHISON committed RECEIPT OF CHILD PORNOGRAPHY, a violation of Title 18, United States Code, Section 2252(a)(2), which occurred within the Eastern District of Oklahoma.

## VENUE

4. The facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma.

## DEFENDANT

5. The defendant is CODY RYAN RICHISON (DOB: XX/XX/1990).

## OFFENSE

6. Between in or about January 2020, and continuing until in or about March 2024, CODY RYAN RICHISON is alleged to have received photos and videos of children being sexually abused, in violation of Title 18, United States Code, §§ 2252(a)(2).

## BACKGROUND

8. On August 7, 2024, FBI Agents interviewed Joseph Gunther Sampson, who confessed to viewing, receiving, and sending child pornography. Sampson provided Agents with consent to search multiple electronic devices, to include his iPhone SE. On September 16, 2024, Sampson was indicted in the Northern District of Oklahoma (24-CR-298) and charged with Receipt and Distribution of Child Pornography and Possession of Child Pornography in Indian Country.

9. In November 2024, I reviewed an extraction of Sampson's iPhone SE and identified text messages sent between Sampson and telephone number 405-564-2463, which law enforcement databases and open-source research identified as belonging to CODY RYAN RICHISON, date of birth XX/XX/1990, and home address 2963 N 375 Road, Holdenville,

3

Oklahoma, 74848. Research further revealed RICHISON was an Agricultural Education Instructor at Holdenville High School and a Future Farmers of America (FFA) Advisor. The text messages were exchanged on January 26, 2024, and included the following:

Sampson: You really want to do the pedo[1] family thing?

Richison: Yes I do. Do you?

Sampson: God yes

…

Sampson: You fucked an underage?

…

Sampson: Whats youngest youve been in?

…

Richison: 10

Sampson: Hmmm fuck yes

Richison: A buddy's foster son.

Richison: There's a guy in henryetta that has a 3-4 yo

Sampson: 😏

Richison: He's on Tele

10. Richison was also the subject of National Center for Missing and Exploited Children (NCMEC) CyberTipline Report 197677580. According to the report, S. E. called to report his ex-partner, J. L., confessed to him in April 2024 that he was cheating on him with RICHISON. J.L. also disclosed to S.E. that RICHISON was in possession of child pornography

---

[1] I know from my training and experience that that the term "pedo" is a slang reference for "pedophilia".

4

on his cell phone. J.L. stated that one day RICHISON left his phone unlocked and he observed child pornography on it.

11. On December 4, 2024, Agents executed three sealed, federal search warrants for the person of CODY RYAN RICHISON, a premises at 2963 N 375 Road, Holdenville, Oklahoma 74848, and the white Ford F-150 truck with VIN 1FTPW14V19FA70397, respectively 24-MJ-394-DES, 24-MJ-393-DES, and 24-MJ-392-DES. During the execution of the search warrants, Agents located RICHISON, who agreed to speak with Agents. During a post-Miranda interview, RICHISON made numerous incriminating statements, including but not limited to:

- RICHISON received approximately 100 photos and videos of children being sexually abused from C.S.[2], beginning in approximately 2020. The children being sexually abused were both male and female, and their ages ranged, but included children as young as infants. RICHISON received at least one of these images in March 2024 while he was employed as a teacher at Holdenville High School in the Eastern District of Oklahoma. RICHISON knew his actions were wrong.

- RICHISON worked with children every day. RICHISON recently talked with a friend about becoming a foster parent.

- RICHISON knew what happened to "CHOMOS"[3] in prison because he previously worked in a correctional facility.

---

[2] C.S. is an individual known to law enforcement and is currently the subject of a prosecution for child sexual exploitation.
[3] I know from my training and experience that the term "chomos" is a slang reference for "child molesters".

5

## **CONCLUSION**

12. Based on the information set forth in this Affidavit, I submit there is probable cause to believe that CODY RYAN RICHISON has violated Title 18, United States Code, Section 2252(a)(2).

Respectfully Submitted,

_____
Blair Newman, Special Agent
Federal Bureau of Investigation

Sworn before me this 5th day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE